Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Heart to Heart Catering, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  8 2 – 0 9 2 6 8 6 2

**4. Debtor's address**

Principal place of business

4252 Spring Valley Road
Number    Street

Farmers Banch, TX 75244
City         State    ZIP Code

Dallas
County

Mailing address, if different from principal place of business

Number    Street

City         State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City         State    ZIP Code

**5. Debtor's website (URL)**  https://www.hearttoheartcatering.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Heart to Heart Catering, LLC**     Case number *(if known)* _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7 2 2 3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check **all** that apply:

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes.   District **Northern District of Texas**   When **5/20/2022**   Case number **22-30900**
                                                                                              MM / DD / YYYY

        District **Northern District of Texas**   When **10/15/2019**   Case number **19-33453**
                                                                                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____   Relationship _____
      District _____   When _____
                                                                  MM / DD / YYYY
      Case number, if known _____

Debtor **Heart to Heart Catering, LLC**  Case number *(if known)*
    Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number   Street<br>_____<br>City                          State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999 ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000        ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000 ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor  **Heart to Heart Catering, LLC**     Case number *(if known)* _____
     Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/24/2024**
             MM/ DD/ YYYY

X **/s/ Thomas Elkhay**                                              **Thomas Elkhay**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ Robert T DeMarco**          Date **06/24/2024**
Signature of attorney for debtor              MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**12770 Coit Road, Suite 850**
Number    Street

**Dallas**                    **TX**      **75251**
City                          State     ZIP Code

**(972) 991-5591**            **robert@demarcomitchell.com**
Contact phone                 Email address

**24014543**                  **TX**
Bar number                    State

**Fill in this information to identify the case:**

Debtor name: **Heart to Heart Catering, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/24/2024**
MM/ DD/ YYYY

X **/s/ Thomas Elkhay**
Signature of individual signing on behalf of debtor

**Thomas Elkhay**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form B202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Heart to Heart Catering, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AFC Capital Source, LLC<br>201 S. Biscayne<br>Miami, FL 33131 | | | | | | $24,730.00 |
| 2 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | | | | $11,550.00 |
| 3 | Caine & Winer<br>PO Box 55848<br>Sherman Oaks, CA 91413 | | | | | | $17,878.11 |
| 4 | EFSA<br>1943 Tyler St.<br>Miami, FL 33153 | | | | | | $25,509.10 |
| 5 | Eric A. Liepins, P.C.<br>12770 Coit Road Suite 850<br>Dallas, TX 75251 | | | | | | $5,992.83 |
| 6 | Family Funding Group<br>2929 E. Commercial Blvd.<br>Fort Lauderdale, FL 33308 | | | | | | $70,050.00 |
| 7 | Green Capital<br>730 E Park Blvd<br>Plano, TX 75074 | | | | | | $6,592.00 |
| 8 | Honest Funding<br>15440 Broad Brush Drive<br>Sun City Center, FL 33573 | | | | | | $12,638.51 |

Debtor **Heart to Heart Catering, LLC**  Case number *(if known)*
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Iruka<br>162 Elmora Ave. 300<br>Elizabeth, NJ 07202 | | | | | | $6,592.00 |
| 10 | Mantis Funding<br>225 Clematis<br>West Palm Beach, FL 33401 | | | | | | $72,500.00 |
| 11 | MCA Receivables, LLC D/B/A Ally Funding Group<br>Mitchell J. Levine<br>707 Bloomfield Avenue<br>Bridgeport, CT 06602 | | | Contingent | | | $16,550.00 |
| 12 | Merchant Funding<br>55 Water Street 50th Floor<br>New York, NY 10004 | | | | | | $15,193.00 |
| 13 | Merk Funding<br>3611 14th Ave<br>Brooklyn, NY 11218 | | | | | | $11,700.00 |
| 14 | Optimum Bank<br>Easy Funding Solutions LLC<br>11 Diamond Terrace<br>Lakewood, NJ 08701 | | | | | | $64,329.23 |
| 15 | Par Funding<br>20900 NE 20th Ave 307<br>Miami, FL 33180 | | | | | | $8,600.00 |
| 16 | Rapid Finance<br>4500 East West Highway 6th Floor<br>Bethesda, MD 20814 | | | | | | $25,071.00 |
| 17 | Square Capital Program<br>1455 Market Street 600<br>San Francisco, CA 94103 | | | | | | $14,954.00 |
| 18 | Sysco<br>800 Trinity Drive<br>The Colony, TX 75056 | | | | | | $7,396.00 |
| 19 | Titlemax<br>15 Bull Street<br>Savannah, GA 31401 | | | | | | $7,790.00 |
| 20 | Zodiac Hospitality Services<br>PO Box 754183<br>Dallas, TX 75379 | | | | | | $37,874.76 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

AFC Capital Source, LLC
201 S. Biscayne
Miami, FL 33131

Ally
P.O. Box 9001951
Louisville, KY 40290

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Bank of America
P.O. Box 660312
Dallas, TX 75266-0312

Caine & Winer
PO Box 55848
Sherman Oaks, CA 91413

Capital One Bank
PO Box 60599
City of Industry, CA 91716

EFSA
1943 Tyler St.
Miami, FL 33153

Eric A. Liepins, P.C.
12770 Coit Road Suite 850
Dallas, TX 75251

Everest Business Funding
2001 NW 107 Ave 300
Miami, FL 33172

Family Funding Group
2929 E. Commercial Blvd.
Fort Lauderdale, FL 33308

Green Capital
730 E Park Blvd
Plano, TX 75074

Honest Funding
15440 Broad Brush Drive
Sun City Center, FL 33573

Iruka
162 Elmora Ave. 300
Elizabeth, NJ 07202

Mantis Funding
225 Clematis
West Palm Beach, FL 33401

Marquee
24025 Park Sorrenton 150
Calabasas, CA 91302

MCA Receivables, LLC D/B/A
Ally Funding Group
Mitchell J. Levine
707 Bloomfield Avenue
Bridgeport, CT 06602

Merchant Funding
55 Water Street 50th Floor
New York, NY 10004


Merk Funding
3611 14th Ave
Brooklyn, NY 11218


Optimum Bank
Easy Funding Solutions LLC
11 Diamond Terrace
Lakewood, NJ 08701


Par Funding
20900 NE 20th Ave 307
Miami, FL 33180


Pawnee Leasing
3804 Automation Way 207
Fort Collins, CO 80525


Rapid Finance
4500 East West Highway 6th Floor
Bethesda, MD 20814


Refrigerated Specialist, Inc.
34040 East Meadows Blvd.
Mesquite, TX 75150


Shag Decoration
3184 Quebec Street
Dallas, TX 75247

Square Capital Program
1455 Market Street 600
San Francisco, CA 94103

State Comptroller
111 E. 17th St.
Austin, TX 78774

SV Tech Center, LLC,
1301 W. 7th Street, Suite 141
Fort Worth, TX 76102

Sysco
800 Trinity Drive
The Colony, TX 75056

Thomas Elkhay
4252 Spring Valley Road
Dallas, TX 75244

Titlemax
15 Bull Street
Savannah, GA 31401

Trinity Interests
12740 Hillcrest 101
Dallas, TX 75230

TXU Energy/ Bankruptcy
PO Box 650393
Dallas, TX 75265

Ultra Funding LLC
2929 E. Commercial Blvd.

Zodiac Hospitality Services
PO Box 754183
Dallas, TX 75379

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Heart to Heart Catering, LLC**　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　**06/24/2024**　　Signature　　**/s/ Thomas Elkhay**
　　　　　　　　　　　　　　　　　Thomas Elkhay, Managing Member

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  CHAPTER **11**
**Heart to Heart Catering, LLC**

DEBTOR(S)  CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Thomas Elkhay** 4252 Spring Valley Road Dallas, TX 75244 | | 50% | |
| **Mary Elkhay** 4252 Spring Valley Road Dallas, TX 75244 | | 50% | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **06/24/2024**  Signature: **/s/ Thomas Elkhay**
*Thomas Elkhay, Managing Member*